# EXHIBIT

## "A"



# Introduction to Vulcan AMPS

January 2007

Vulcan Power Group, L.L.C.

*Vulcan Proprietary Information* 

# Vulcan Power Group LLC



*Table of Contents*

**I.    Company Overview**

**II.   Corporate Description**

**III.  Vulcan AMPS Product & Systems**

    **I.    Products Description**

    **II.   On Site – In Motion**

**IV.   AMPS Power Generation Photos**



*Vulcan Proprietary Information*

2



# I.   Company Overview

Introduction to Vulcan AMPS, LLC


*Vulcan Proprietary Information*

# Vulcan Power Group LLC



*Introduction to Vulcan AMPS and Vulcan Energy Solutions*

- Vulcan Power Group is part of the Vulcan family of operating companies that include
    - Power Plants
    - Coal Mines
    - Oil and Gas Operations
    - Power Manufacturing Facilities
    - Service Providers to Power Industry
    - Distribution Companies
    - Finance Companies
- Vulcan Power Group is the holding company to several subsidiaries including Vulcan AMPS, LLC and Vulcan Energy Solutions, LLC:



- **Vulcan AMPS** produces the worlds finest large portable power generators
- **Vulcan Energy Solutions** provides construction, repairs, setup, startup, testing and operational and management services to power, energy and infrastructure industries



*Vulcan Proprietary Information*

4



# II.  Corporate Summary

Advanced Mobile Power Systems



5

# AMPS – Corporate Summary



*Introduction*

Vulcan AMPS, LLC, ("Vulcan") manufactures some of the world's largest portable power generators, which are capable of running on multiple fuels, have black-start capacity and meet U.S. Clean Air Act standards.

- The Vulcan power units deliver base-load, peak-load, and/or emergency power to customers anywhere in the world

Vulcan is a Delaware limited liability company with headquarters manufacturing facilities in Elizabethtown, NC, and an international business office in New York, NY.

The Vulcan units are fully customizable and unique in that they may be placed into service in virtually any environment and can be set up and in operation in 48 to 72 hours provided that fuel and electric interconnection services are available.





*Vulcan Proprietary Information*

6



# AMPS – Corporate Summary

## The Company

The Company is managed by a team of highly qualified and experienced professionals with expertise in each critical area of the power business.

Vulcan's team posses a broad scope of individual skills and experiences (in power, energy, finance and transactions) that complement each other and combine to form an intimate and superior firm that provides world-class support to its clients.

Vulcan's business strategy is designed to focus on the customer:

- Our single-source responsibility for customer satisfaction drives our conduct as designer, manufacturer, assembler and distributor of the world's finest mobile power generating units.
- The end result is a product that is unique, excellent in quality and capabilities, and adaptable to meeting the requirements of the individual customer.

The market for the Vulcan Advanced Mobile Power Systems ("AMPS") unit is substantial. In today's economic and political environments, the need for emergency, back-up and/or mobile power generation for national and international sites is real and imminent.



*Vulcan Proprietary Information*

7



# AMPS – Corporate Summary

## Vulcan's Markets

Vulcan's market for AMPS is world-wide. Large utilities, institutions and governments now recognize the need for mobile and/or emergency power generation in the 10 MW to 27 MW range.

Vulcan's AMPS product allows users to choose power equipment that can operate as either a fixed base load, a part time peak load or an intermittent emergency backup load system to deal with realities as:

- natural disasters
- terrorist attacks
- peak load demands
- unexpected power interruptions
- Power grid support

With ever-expanding global economies and technology reaching the most remote of locations, mobile power generation is a logical and affordable solution.

Vulcan's units have been carefully designed to be easily transportable by land, rail, sea or air and fill a vital need for both portable full time and back-up power systems capable of being deployed quickly.

Vulcan's target markets include the following:

- International entities
- Utilities
- Independent Power Producers
- Governments
- Industrial users

8



*Vulcan Proprietary Information*

# AMPS – Corporate Summary



*Power Products that Exceed Expectations*

The Vulcan AMPS system is a true innovation in the field of power generation with the flexibility to produce 10 MW to 27 MW in a fully mobile package customized to customer specifications.

Vulcan puts our best into each system that we build.

- Our engineers and technicians are on the cutting edge of power technology.
- Vulcan takes full responsibility for the total power package (design, assembly, delivery, installation, commissioning and on-going O&M).
- Vulcan performed every step under our comprehensive quality assurance program and fully load tests and certifies every unit prior to shipment.

Because Vulcan has extensive relationships with many of the most prestigious manufacturers and suppliers of power components, as well as extensive experience in engineering creative solutions to power issues, AMPS units represent a unique and state of the art opportunity for power users.

Due to AMPS's innovative designs and patents, the system requires significantly less site space, site prep and erection time when compared to other "mobile" units.

From start to finish, AMPS units go on-line faster and operate more reliably than any other power system available.

Many sites accept Vulcan Amps units with little or no modification. Such features as AMPS computer controlled leveling system, minimal electrical interconnections and portable water hookups, add up to lower delivery costs, lower installation costs and quicker power availability for the customer.

*Vulcan Proprietary Information* 

9

# AMPS – Corporate Summary



*Management Team*

Vulcan's management team represents over 150 years of experience in developing, operating, acquiring, and maintaining electrical power generation facilities.

The senior members of Vulcan include the following individuals:

- Kevin C. Davis, Chairman
- Ford F. Graham, President and Chief Executive Officer
- Gerald L. Campbell, Executive Vice President
- Marc Solochek, Executive Vice President & Chief Financial Officer

Vulcan's executive officers collectively possess an impressive skill set including over $13 billion in natural resource and power M&A transactions and corporate restructurings, over 25 years in senior administrative roles for acquisitions, mergers and structuring, financial analysis and management, and contract negotiations and execution.

Vulcan's team has extensive expertise in all areas of the power sector and its Principals have overseen power projects from $500,000 to $1 billion in size.

Vulcan's personnel have experience with projects from .5 MW up to 2,200 MWs in size.

VES operators have had significant experience in operating and managing electric power plants using virtually every fuel source (including, gaseous, distillates, hydro, wind, LNG, coal, tires, biomass, etc) and on almost every power plant/turbine/steam plant manufacturer world-wide

*Vulcan Proprietary Information*

# AMPS – Corporate Summary



## Vulcan's Senior Management

**Kevin C Davis** - Mr. Davis, has had extensive experience in the power, energy and natural resource sectors and is Chairman of Vulcan Power and Vulcan AMPS. Prior to formation of Vulcan, he practiced law with Debevoise & Plimpton as well as O'Sullivan, Grave & Karabell, specializing in private equity and corporate transactions. Mr. Davis has played a key role in over $10 billion in M&A transactions and corporate restructurings. Mr. Davis is also chairman of Vulcan Capital Management, Inc. and serves on the boards of VWVulcan Energy, Princeton Technology Partners, Cambridge Financial Group, Harlem Day Charter School and Sheltering Arms Children's Services. Mr. Davis graduated from Princeton University with an A.B. concentrating in Political Economy, and received his J.D. from Harvard Law School.

**Ford F. Graham** — Mr. Graham is President of Vulcan AMPS, Vulcan Power Group and Vulcan Capital Management. Mr. Graham has extensive experience in the power, natural resource and energy fields as the founding partner for the Vulcan family of companies, which has created, sponsored and invested $700 million in ventures within the energy, power, coal, oil, gas, energy services, and energy technologies. Mr. Graham has previously served as an investment banker with Smith Barney, Bear Stearns & Co., Dean Witter Reynolds, and Banker's Trust. Mr. Graham has participated in over $3 billion in debt and equity offerings as well as closing over $2.6 billion in M&A transactions. Mr. Graham serves on the boards of Marlin Energy, Saragossa Wine Group, VWVulcan Energy, Princeton Technology Partners, the Provost Council of Tulane University and the Princeton University Geology and Geophysical Sciences Advisory Board. Mr. Graham holds an A.B. in Geology and Geophysical Sciences from Princeton University, a J.D. from Tulane Law School and an M.B.A. from the A.B. Freeman School of Business at Tulane University.

**Gerald L. Campbell** - Mr. Campbell is Senior Vice President of Operations for Vulcan AMPS and is responsible for the oversight, assembly, testing and operation of the AMPS units. He has for 40 years run the operations and maintenance for power generating plants ranging from 2 MW industrial plants to 800MW super-critical units. He has overseen plants for an impressive list of Fortune 500 companies including A.I.G., Vulcan Power, Florida Power and Light, Enron North America and others. Mr. Campbell's broad experience and expertise in power generation has resulted in his power plants achieving remarkable safety, reliability, operational and fiscal targets. Mr. Campbell has spent over 30 years in power plant design, construction, start-up, operations and maintenance with such companies as Florida Power and Light, Detroit Edison and Enron North America.

**Marc R. Solochek** — Mr. Solochek is Executive Vice President and Chief Financial Officer of Vulcan AMPS, L.L.C. Mr. Solochek has over 20 years experience in financial management including accounting, tax, financing, treasury, risk management and investor relations functions for public and private companies. Mr. Solochek has been actively involved in arranging nearly $1 billion in financings including multi-bank facilities, large equipment leases, private institutional debt placements, private equity placements, and public stock offerings. Before joining Vulcan, Mr. Solochek served as Chief Financial Officer for Triton Coal Company, a $300 mm coal company from 1998 through 2002 and prior to that he served as Chief Financial Officer for Ashland Coal, Inc., a $350 million publicly-traded coal company. Mr. Solochek holds a Bachelor of Business with a major in accounting from the University of Wisconsin and a Doctor of Jurisprudence from the University of Wisconsin Law School.   *Vulcan Proprietary Information*

11



# III. AMPS

### Product & Systems



*Vulcan Proprietary Information*



# Vulcan AMPS, LLC
## Power Generation Units



**A State of the Art, Highly Mobile, Environmentally Friendly Power Solution**



13

# Vulcan AMPS, LLC



*Mobile Power for Varied Markets*

- The AMPS units are designed to operate as:
  - Full time base load plants,
  - Peak load - intermittent plants,
  - Units can also remain in a powered down, ready state mode for extended periods of time until required for back-up or emergency power.
- Vulcan AMPS offers its units for sale or for lease to clients seeking reliable power in a portable package.
- The target markets for the AMPS product includes the following:
  - U.S. Government
    - Homeland Defense
    - US Armed Forces
    - FEMA – natural disaster backup
  - International entities / governments
  - Domestic Utilities
  - Independent Power Producers
  - Select Domestic and International Industrial facilities





*Vulcan Proprietary Information*

14

# AMPS - A Mobile Power Solution



*The only truly mobile power station in its size class*

Key Specifications:

- Power Output:
  - 18 MW @ ISO using Pratt & Whitney GG4-A9 engine,
  - 20 MW @ ISO using Pratt & Whitney GG4-A11 engine, or
  - 27 MW @ ISO using Pratt & Whitney GG8 engine
- On-site set up of basic unit in 48 hours to 72 hours
- Capable of utilizing multiple fuels
- <u>No water injection required</u> - capable of 5ppm NOx with optional SCR and P&W DLE kit.
- Exhaust silenced to 85dB(A) @ 3.3feet, 55dB(A)/75dB(C) @ 400 feet
- No cement pads required for site set up
- 12,700 BTU/kwh heat rate
- State of the art control system
- Operates at 60 Hz or 50 Hz
- Black start capable
- Remote start capable
- Extensive Option List





15

*Vulcan Proprietary Information*

# AMPS – Power Trailer



*Proven technology – superior results*





- Zero timed GG4/8 gas generator
- Two stage A9/11 power turbine
- 13.8 kV 27.5 MVA Generator

- Secondary Containment System
- Weight 195,000/67,500 lbs
- CO2/FM200 fire system
- Computerized leveling



*Vulcan Proprietary Information*

16

## AMPS – Gas Generator and Free Turbine



*Proven technology – superior results*



- Over 1,200 FT4 units sold and in operation by Pratt & Whitney.
- Highly reliable and proven power system.
- Readily available spares supply.
- Engine can be removed and replaced through the top of unit in less than 1 day.

*Vulcan Proprietary Information* 

17



## AMPS - Generator

*Proven technology – superior results*



- Brushless air cooled generator
- 22Mw, 27.5 Mva, 60 Hz, 13.8 kV @ 40ºC
- 22Mw, 25.9 Mva, 50 Hz, 11.5 kV @ 40ºC
- Two babbitted bearings
- Bearings are horizontally split for ease of maintenance
- Basler AVR

*Vulcan Proprietary Information* 

18

## AMPS Control Trailer







- State of the art Rockwell/Allen Bradley control system

- Capable of remote site operation

- Capable of operating up to 5 power trailers from one control system (Trailer)



*Vulcan Proprietary Information*



# AMPS – SCR

*Optional SCR - Compact, portable and environmentally friendly system in four easily transportable ISO containers*



- Mobile – self supporting ISO containers are easily transported to the customer's site on flat bed trailers.
- Compact – innovative "Elbow" and catalyst "A-frame" concepts drastically reduce installed footprint.
- Flexible – removable "Elbow" section allows containers to be arranged on a variety of configurations to suit customer's site.
- Portable – integral mechanical drive raises exhaust stack to 23' above site grade.
- Environmentally sensitive – urea-based reactant avoids EPA issues with ammonia transport and storage.
- Self Sufficient – only requires potable water and urea pellets; or, alternatively, a supply of pre-dissolved 40% urea solution.
- Seamlessly integrated – acoustic absorbing walls and silencer baffles integrated into the SCR ductwork.
- Affordable – urea based reactant is directly injected and reacted in the exhaust stream, without the need of process steam or other complex hydrolyzing equipment inherent to competing urea-to-ammonia processing skids.

*Vulcan Proprietary Information* 

## AMPS- Control System





- Rockwell/Allen Bradley System.
- Allen Bradley redundant "ControlLogix" technology.
- Distributed I/O minimizes wiring and site set-up time.
- All peripherals are MS-compliant Plug & Play for
  easy on-site replacement.



- Allen Bradley Motor Control Center.
- Incorporates 125V DC distribution system.
- Linked to dual redundant battery chargers
  for maximum availability.



*Vulcan Proprietary Information*

21

# AMPS- Control System





- Local operation via touch screen
- Detailed mimics provide full operator information



- Multiple control modes provide remote, local or automatic MW Set Point Selection.

*Vulcan Proprietary Information* 

22

## AMPS- Control System





- Automatic leveling
- Continuous level monitoring





• Chemetron Fire & Gas Detection System providing complete protection of personnel and equipment

• High Visibility Energy And Power Quality Compliance Meters provide accurate fiscal measurement and remote monitoring

*Vulcan Proprietary Information*



23

## AMPS- Control System





- Multiple screens for detailed system monitoring and analysis

- 30 Days operational data trending

- Storage CD writer for back-up of trended data and alarms



- Communications network between main control equipment allowing easy access to information and control

- Provisions to connect multiple AMPS systems

- 2 high speed modems for external communications allowing remote dial-in for control, monitoring, fault finding & support and AGC

*Vulcan Proprietary Information*

24

## AMPS – Inlet and Exhaust



### Inlet

- High efficiency composite tube silencer results in a lightweight, compact structure.
- Transported on the Controls Trailer bed.
- Innovative landing gear/support system is simple and functional.
- High efficiency filtration option available.





### Exhaust

- Conventional Design
- Provides ~32' stack elevation
- Minor civil work needed for installation
- SCR option available

*Vulcan Proprietary Information* 



# AMPS – Typical Site Layout

*Modular design offers site flexibility*



Site layout with SCR



Site layout without SCR



*Vulcan Proprietary Information*

26

## AMPS—Customer Interface Requirements



*Flexible design offers best in class site and operational requirements*

- Natural gas fuel at 450 psig at a rate of 11,390 lbs/hr or 1,800 gal/hr. fuel oil for oil configured units and/or dual fuel units

- 10 GPM potable tap water at 30 psig with 1inch line for SCR equipped units

- Gravel over soil with 95% proctor density with a grade of +/- 0.5 inch per 30 feet – No Cement Pads required for unit operation

- Electrical interconnect from the generator breaker to switch gear.

- Customized to each customer requirements



*Vulcan Proprietary Information*

## AMPS – Operations and Maintenance



*Flexible design offers best in class site and operational requirements*

- Operations
  - "Black start" capability
  - Can act as voltage regulator
  - Remote operation available as an option
  - No operator required at the site for basic unit
  - Control system can be remotely accessed
  - Multiple units can be controlled from one control room
- Maintenance
  - Daily walk around during operation
  - Gas generator
    - Hot section inspections every 500 operating hours at base load operation (gas operation)
    - 8,000 operating hours between shop inspection at base load operation


*Vulcan Proprietary Information*



# AMPS – Operational Data



*Performance Data on FT4 (with high performance option)*



*Vulcan Proprietary Information*

## AMPS – Operational Data

### EMMISIONS WITH OPTIONAL SCR – NATURAL GAS



31

*Vulcan Proprietary Information*

# AMPS – Operational Data



### EMMISIONS WITH OPTIONAL SCR – LIQUID FUEL



*Vulcan Proprietary Information*

32

# AMPS – A Mobile Power Solution



*A truly mobile 20 MW power solution*

- Mobile anywhere in world. Transport permitting easily attainable; Permitted for US or Canada on Federal Highway System
- No concrete foundations required for site - set up a basic unit in 48 to 72 hours on a level, compacted site
- *No demineralized water required for emissions control* – can meet US emissions standards dry
- Based on proven technology and in operation today
- Transportable by air, rail, road, sea

   

*Vulcan Proprietary Information* 



# IV.    Power Generation Unit Photos

## AMPS in Motion & On Location



34





35

Vulcan Proprietary Information





AMPS Units on Sites and Delivering Power

*Vulcan Proprietary Information*

36

*Vulcan Energy Solutions*



| Contact Information | | | |
|---|---|---|---|
| New York Office | 150 East 52 Street | | |
| | New York, NY 10022 | | |
| | 212.980.9520 | | |
| | | | |
| North Carolina Office | 664 Ben Greens Industrial Park Blvd. | | |
| | Elizabethtown, NC 28337 | | |
| | 910.862.4444 | | |

| Contact | Position | Phone | Email |
|---|---|---|---|
| Kevin C. Davis | Chairman | 212.980.9520 | KDavis@VulcanCapital.com |
| Ford F Graham | President | 212.980.9520 | FGraham@VulcanCapital.com |
| Gerald L. Campbell | EVP | 910.862.4444 | JerryCampbell@VulcanAmps.com |
| Bob Virgo | VP | 910.862.4444 | Bvirgo@VulcanAmps.com |
| Scott Campbell | Treasurer | 910.862.4444 | Scampbell@VulcanAmps.com |

### Vulcan Power Group, LLC

37

*Vulcan Proprietary Information*