## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**BGT GROUP, INC.,**

        **Plaintiff**,

vs.                          **CASE NO.  2:07-CV-816-FtM-MMH-DNF**

**VULCAN CAPITAL MANAGEMENT, INC.,**
**VULCAN POWER GROUP, LLC, et. al.,**

        **Defendants.**

_____/

## O R D E R

**THIS CAUSE** came on for consideration on the Plaintiff's Verified Motion for Foreign Attorney to Appear seeking permission for the appearance of Attorney Morgan J. Hanson [Doc. 16] filed on January 24, 2008, pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida.   The Court being fully advised in the premises, it is,

        **ORDERED and ADJUDGED**:

The Court will allow to appear specially and represent the Plaintiff, BGT Group, Inc., as co-counsel, Attorney Morgan J. Hanson of the law firm of Cohen & Grigsby, P.C., 11 Stanwix Street, 15th Floor, Pittsburgh, Pennsylvania, 15222.

        **IT IS FURTHER ORDERED:**

1.        Unless already completed, within eleven (11) days from the date of this Order, Attorney Morgan J. Hanson shall send to the Clerk's Office, the application for special

1

admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required $10.00 application fee.

2.      Unless already completed, within eleven (11) days from the date of this Order, Counsel shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

**DONE and ORDERED** at Chambers in  Fort Myers,  Florida,  this 30th      day of January , 2008.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

cc:
All Parties of Record

2